## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NAKIA S. GIBBS,** *et al.*                                                              **PLAINTIFFS**

**v.**                              **Case Nos. 4:21-cv-01021-KGB**
                                    **4:21-cv-01022-KGB**
                                    **4:21-cv-01023-KGB**
                                    **4:21-cv-01024-KGB**
                                    **4:21-cv-01025-KGB**
                                    **4:21-cv-01026-KGB**
                                    **4:21-cv-01027-KGB**
                                    **4:21-cv-01028-KGB**
                                    **4:21-cv-01029-KGB**
                                    **4:21-cv-01030-KGB**
                                    **4:21-cv-01031-KGB**
                                    **4:21-cv-01032-KGB**
                                    **4:21-cv-01033-KGB**
                                    **4:21-cv-01035-KGB**
                                    **4:21-cv-01036-KGB**
                                    **4:21-cv-01037-KGB**
                                    **4:21-cv-01038-KGB**
                                    **4:21-cv-01039-KGB**
                                    **4:21-cv-01040-KGB**
                                    **4:21-cv-01041-KGB**
                                    **4:21-cv-01042-KGB**
                                    **4:21-cv-01043-KGB**
                                    **4:21-cv-01044-KGB**
                                    **4:21-cv-01045-KGB**
                                    **4:21-cv-01046-KGB**
                                    **4:21-cv-01047-KGB**
                                    **4:21-cv-01048-KGB**
                                    **4:21-cv-01049-KGB**
                                    **4:21-cv-01050-KGB**
                                    **4:21-cv-01051-KGB**
                                    **4:21-cv-01052-KGB**
                                    **4:21-cv-01053-KGB**
                                    **4:21-cv-01054-KGB**
                                    **4:21-cv-01055-KGB**
                                    **4:21-cv-01056-KGB**
                                    **4:21-cv-01057-KGB**
                                    **4:21-cv-01058-KGB**
                                    **4:21-cv-01059-KGB**
                                    **4:21-cv-01060-KGB**
                                    **4:21-cv-01061-KGB**

**4:21-cv-01062-KGB**
**4:21-cv-01063-KGB**

**GARY M. ARNOLD,** *et al.*                                                                    **DEFENDANT**

<u>**ORDER OF REASSIGNMENT**</u>

The above styled cases were assigned to the docket of United States District Judge Kristine G. Baker, on November 8, 2021.  Because the Court is a licensed Arkansas attorney and maintains her license and bar memberships, she would be considered a defendant in these cases. Therefore, the cases should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 9th day of November, 2021.

**AT THE DIRECTION OF THE COURT**
**TAMMY H. DOWNS, CLERK**


BY: Tracy M. Washington
      Courtroom Deputy to United States
      District Judge Kristine G. Baker