# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LACOREY WADE,**  **PLAINTIFF**
**ADC #177047**

v.    4:21-CV-01058-BSM

**GARY M. ARNOLD,** *et al.*  **DEFENDANTS**

## ORDER

Lacorey Wade's motion to dismiss [Doc. No. 17] is granted, and his claims are dismissed without prejudice. FED. R. CIV. P. 41(a).

IT IS SO ORDERED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE