# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LACOREY WADE,**  **PLAINTIFF**
**ADC #177047**

v.  **4:21-CV-01058-BSM**

**GARY M. ARNOLD,** *et al.*  **DEFENDANTS**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE